# Order

Michigan Supreme Court
Lansing, Michigan

December 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157679

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BARRY C. SHIFFER,
      Defendant-Appellant.

SC: 157679
COA: 340042
Ingham CC: 09-000230-FH

_____/

      On order of the Court, the application for leave to appeal the March 9, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s1212

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



Clerk